# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*
Eastern Division


**MAURICE LATHAN,**

    **Petitioner,**

               **JUDGMENT IN A CIVIL CASE**

**vs.**

               **CASE NO.  C2-09-1002**

**SHERRI DUFFEY, Warden,**        **JUDGE EDMUND A. SARGUS, JR.**

               **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Respondent.**

  ____  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Opinion and Order filed January 27, 2010, JUDGMENT is hereby entered DISMISSING this case.**


Date: January 27, 2010       JAMES BONINI, CLERK



              */S/ Andy F. Quisumbing*
              (By) Andy F. Quisumbing
              Courtroom Deputy Clerk