AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

MAURICE LATHAN,

       Petitioner,

                          **JUDGMENT IN A CIVIL CASE**

vs.

                          CASE NO. C2-09-1002

SHERRI DUFFEY, Warden,      JUDGE EDMUND A. SARGUS, JR.
                                             MAGISTRATE JUDGE TERENCE P. KEMP

       Respondent.

    ☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    ☒    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed January 27, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: January 27, 2010                           JAMES BONINI, CLERK

                                                        /S/ Andy F. Quisumbing
                                                        (By) Andy F. Quisumbing
                                                        Courtroom Deputy Clerk