IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MAURICE LATHAN,

Petitioner,

v.

SHERRI DUFFEY, Warden,

Respondent.

CASE NO. 2:09-CV-1002
JUDGE SARGUS
MAGISTRATE JUDGE KEMP

## ORDER

Petitioner has filed a motion to dismiss his habeas corpus petition pending exhaustion of state court proceedings, or in the alternative a request for a stay. Doc. No. 9. However, on January 27, 2009, final judgment was entered dismissing the instant habeas corpus petition under 28 U.S.C. §2254 without prejudice as unexhausted. Therefore, petitioner's request may be construed under Federal Rule of Civil Procedure 59(e), which provides:

> Motion to Alter or Amend a Judgment. A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment.

Federal Rule of Civil Procedure 59(e). However, the record does not reflect that a stay is appropriate, *see Rhines v. Weber*, 544 U.S. 269 (2005), and petitioner has raised no grounds warranting relief under Rule 59. Therefore, his motion, Doc. No. 9, is **DENIED**.

**IT IS SO ORDERED.**

2-4-2010

EDMUND A. SARGUS, JR.
United States District Judge